1  CLAYEO C. ARNOLD
   A Professional Corporation
2  Clayeo C. Arnold, SBN 65070
   Clifford L. Carter, SBN 149621
3  Kirk J. Wolden, SBN 138902
   865 Howe Avenue, Suite 300
4  Sacramento, CA 95825
   Telephone (916) 924-3100
5  Fax (916) 924-1829
   Email clay@ccalawcorp.com
6  cliff@ccalawcorp.com
   kirk@ccalawcorp.com
7

8  Rodney A. Klein, SBN 035541
   Lawrence S. Paikoff, M.D., J.D., SBN 191732
9  2300 Bell Executive Lane
   Sacramento, CA 95825
10 Telephone (916) 929-6000
   Fax (916) 929-5137
11 Email info@klein-paikoff-law.com

12 Attorneys for Plaintiff

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 IN RE: BEXTRA AND CELEBREX           ) Master Docket No. M:05-CV-01966-CRB
   MARKETING SALES PRACTICES AND        )
17 PRODUCTS LIABILITY LITIGATION        )
                                        ) MDL Docket No. 1699
18 This document relates to:            ) District Judge: Charles R. Breyer
                                        )
19 NORMA BUNZEL,                        ) Case No.: 3:06-cv-04485-CRB
                                        )
20         Plaintiff,                   )
                                        ) **STIPULATION AND ORDER OF**
21 vs.                                  ) **DISMISSAL WITH PREJUDICE**
                                        )
22 PFIZER, INC., a Delaware Corporation;)
   PHARMACIA & UPJOHN, INC. a/k/a       )
23 PHARMACIA & UPJOHN COMPANY, a New    )
   Jersey Corporation; MCKESSON         )
24 CORPORATION,                         )
                                        )
25         Defendants.                  )
                                        )
26                                      )
                                        )
27                                      )
                                        )
28                                      )
   _____)

1

Come now Plaintiff, NORMA BUNZEL, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: 3-31, 2009

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____
KIRK J. WOLDEN
Attorneys for Plaintiff

Dated: ___June 4___, 2009

DLA PIPER LLP (US)

By: _____
1251 Avenue of the Americas
New York, NY 10020
Tel:   (212) 335-4500
Fax:   (212) 335-4501
Defendant's Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __June 5, 2009__

_____
Honorable Charles
United States

IT IS SO ORDERED
Judge Charles R. Breyer

2